| | |
|---|---|
| 1 | Judge: The Honorable Paul B. Snyder |
| 2 | Chapter: 11 |
|   | Hearing Location: Tacoma, Room H |
|   | Hearing Date: February 3, 2011 |
| 3 | Hearing Time: 9:00 a.m. |
|   | Response Date: January 27, 2011 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In Re:

PRIUM LAKEWOOD BUILDINGS LLC,

                       Debtor.

Taxpayer Identification No. 03-0587427

Debtor's Address
820 A Street, #300
Tacoma, WA 98402

BANKRUPTCY NO. 10-48621

**NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT**

      PLEASE TAKE NOTICE that on January 3, 2011, Prium Lakewood Buildings LLC ("Debtor") filed the Debtor's Disclosure Statement ("Disclosure Statement") and the Debtor's Plan of Reorganization ("Plan"). The hearing to consider approval of the Disclosure Statement has been scheduled as follows:

      Judge:      The Honorable Paul B. Snyder

      Place:      United States Courthouse
                      United States Bankruptcy Court
                      1717 Pacific Avenue, Room H
                      Tacoma, WA 98402

      Date:       February 3, 2011

      Time:      9:00 a.m.

NOTICE OF HEARING ON DEBTOR'S
DISCLOSURE STATEMENT - 1

636379.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

At the hearing, the Court will consider whether the Disclosure Statement contains information of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the Debtor, that would enable a hypothetical investor typical of holders of claims to make an informed judgment about the Plan.

Any party wishing to object the Disclosure Statement must, by January 27, 2011, file a written objection with the Court and serve a copy on the undersigned attorney for the Debtor. Pursuant to Rule 3017-1(b) of the Local Rules of Bankruptcy Procedure for the Western District of Washington, any party who files an objection to the Disclosure Statement shall attend a conference (in person or telephonically) to attempt to reach agreement on changes to the Disclosure Statement. The conference will be held on January 28, 2011 at 2:00 p.m. at:

> Ryan, Swanson & Cleveland, PLLC
> 1201 Third Avenue, Suite 3400
> Seattle, Washington 98101
> (206) 464 4224

Any written request pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure for copies of the Disclosure Statement and the Plan should be made to the undersigned attorney for the Debtor. Oral requests cannot be honored.

At the hearing on the Disclosure Statement, the Debtor will request that the Court approve the Disclosure Statement and grant related relief, including scheduling a hearing to consider confirmation of the Plan, fixing the last day for casting ballots, fixing the last day for filing objections to the Plan, approving the forms of ballots and notices to be used in connection therewith, and establishing other related procedures in connection with the Plan.

DATED this 3rd day of January, 2011.

RYAN, SWANSON & CLEVELAND, PLLC

By ___/s/ Timothy W. Dore___
Timothy W. Dore, WSBA No. 17131
Attorneys for Debtor

NOTICE OF HEARING ON DEBTOR'S
DISCLOSURE STATEMENT - 2

636379.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359